1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

8            IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | 2:23-CV-01954-WBS-DB |
12 |         Plaintiff, | |
13 |     v. | WARRANT FOR ARREST OF ARTICLES *IN REM* |
14 | Nine, more or less, 50-pound permeable triple layer brown paper bags, of an article of food, labeled in part: | |

"***Honeyville FINE WHITE RICE FLOUR HIGH QUALITY PRODUCTS & INGREDIENTS NET WT. 50 LBS. (22.68 KG) U***70291-HG LONG GRAIN WHITE FINE RICE FLOUR NET WT. 50 LBS LOT#: 30401 MFG DATE: 10/30/20 EXP DATE: 10/30/21*** DISTRIBUTED BY: HONEYVILLE, INC. RANCHO CUCAMONGA, CA 91730 909.980.9500 HONEYVILLE, UT 84314 435.494.4200 OGDEN, UT 84404 385.374.9400 PHOENIX, AZ 85226 480.785.5210***71721 1H-T0879-01 9/20 ***",

Thirty-eight, more or less, 55-pound permeable white plastic woven bags, of an article of food, labeled in part:

"***VATIKA URAD GOTA WEIGHT: 25 KGS (55 LBS) PRODUCT OF MYANMAR***",

Forty-four, more or less, 55-pound permeable white plastic woven bags, of an article of food, labeled in part:

"***URAD GOTA WEIGHT: 25 KGS (55 LBS) PRODUCT OF MYANMAR***Black Matpe Skinned & Whole***",

Twenty-four, more or less, 55-pound permeable white plastic woven bags, of an article of food, labeled in part:

9mm Kabuli Lot # DSP K16111 Net Weight When Packed 55lbs (24.95kg) Product of Canada***Diefenbaker Spice & Pulse, Elbow Saskatchewan, Canada S0H 1J0***", and

all other articles of food labeled or unlabeled or affixed with labels bearing, among other thing, the name and address of the manufacturer, packer, or distributor located outside the State of California, or which are otherwise determined to consist in whole or in part of components that have originated from outside the State of California and, in any size, or type container (excluding metal and glass containers) located anywhere on the premises of Gold Coast Distributors, Inc., 2325 W. Charter Way, Stockton, California,

Defendants.

TO THE U.S. MARSHALS SERVICE OF THE EASTERN DISTRICT OF CALIFORNIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint of forfeiture has been filed on September 12, 2023, in the United States District Court for the Eastern District of California, alleging that the defendant articles of food, as described in the above caption (hereafter "defendant food"), are adulterated under the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. §§ 301 *et seq*., and are subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334;

WHEREAS, the Court, having reviewed the Complaint and the Affidavit of Kimberly M. Lichter In Support of Warrant for Arrest *In Rem*, hereby finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rule(s)"), that there is probable cause to believe that the defendant food, which is not presently in the Government's possession, custody, or control or subject to a judicial restraining order, is subject to seizure, condemnation, and forfeiture pursuant to 21 U.S.C. § 334; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant for arrest *in rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose;

YOU ARE, THEREFORE, HEREBY COMMANDED, pursuant to Supplemental Rule G(3)(c) to enter the premises known as 2325 W. Charter Way, Stockton, California 95206 so as to locate, identify, and seize the defendant food and use discretion and whatever means appropriate to protect and maintain said defendant food, and detain it in your custody or otherwise, including seizure in place or in the custody of an authorized agency; and

IT IS FURTHER ORDERED that you shall provide notice of this action to all persons thought to have an interest in or claim against the defendant food by serving upon such persons a copy of this warrant and a copy of the Verified Complaint for Forfeiture *In Rem* in a manner consistent with the Supplemental Rules, the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law.  This warrant provides notice that in order to avoid condemnation and forfeiture of the defendant food, any person claiming an interest in, or right against, the defendant food must file a verified claim, signed under penalty of perjury, identifying the interest in, or right against, the defendant food in the manner set forth in Rule G(5)(a) of the Supplemental Rules, Federal Rules of Civil Procedure, except that in no event may such claim be filed later than 35 days after the date of notice of the forfeiture action and a copy of the complaint was sent or, as applicable, 60 days after the first day of publication on the official internet government forfeiture site www.forfeiture.gov  posting the notice of the forfeiture action.  In addition, any person having filed such a claim must also file an answer to the complaint or a motion under Rule G(5) and Fed. R. Civ. P., Rule 12 no later than 21 days after the filing of the claim, with a copy thereof sent to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814.

///

///

///

///

Warrant for Arrest

1  IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: September 12, 2023

By: _____
ALLISON CLAIRE
United States Magistrate Judge

Warrant for Arrest