1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-cv-1954 WBS DB |
| Plaintiff, | |
| v. | ORDER FOR PUBLICATION |
| Nine, more or less, 50-pound permeable triple layer brown paper bags, of an article of food, labeled in part: | |
| "***Honeyville FINE WHITE RICE FLOUR HIGH QUALITY PRODUCTS & INGREDIENTS NET WT. 50 LBS. (22.68 KG) U***70291-HG LONG GRAIN WHITE FINE RICE FLOUR NET WT. 50 LBS LOT#: 30401 MFG DATE: 10/30/20 EXP DATE: 10/30/21*** DISTRIBUTED BY: HONEYVILLE, INC. RANCHO CUCAMONGA, CA 91730 909.980.9500 HONEYVILLE, UT 84314 435.494.4200 OGDEN, UT 84404 385.374.9400 PHOENIX, AZ 85226 480.785.5210***71721 1H-T0879-01 9/20 ***", | |
| Thirty-eight, more or less, 55-pound permeable white plastic woven bags, of an article of food, labeled in part: | |
| "***VATIKA URAD GOTA WEIGHT: 25 KGS (55 LBS) PRODUCT OF MYANMAR***", | |
| Forty-four, more or less, 55-pound permeable white plastic woven bags, of an article of food, labeled in part: | |

1

"***URAD GOTA WEIGHT: 25 KGS (55 LBS) PRODUCT OF MYANMAR***Black Matpe Skinned & Whole***",

Twenty-four, more or less, 55-pound permeable white plastic woven bags, of an article of food, labeled in part:

9mm Kabuli Lot # DSP K16111 Net Weight When Packed 55lbs (24.95kg) Product of Canada***Diefenbaker Spice & Pulse, Elbow Saskatchewan, Canada S0H 1J0***", and

all other articles of food labeled or unlabeled or affixed with labels bearing, among other thing, the name and address of the manufacturer, packer, or distributor located outside the State of California, or which are otherwise determined to consist in whole or in part of components that have originated from outside the State of California and, in any size, or type container (excluding metal and glass containers) located anywhere on the premises of Gold Coast Distributors, Inc., 2325 W. Charter Way, Stockton, California,

Defendants.

Pursuant to the Application for Publication filed herein, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. That publication be made as follows:

   a. One publication;

   b. Thirty (30) consecutive days;

   c. On the official internet government forfeiture site www.forfeiture.gov;

   d. The publication is to include the following:

      (1) The Court and case number of the action;

      (2) The date of the seizure/posting;

      (3) The identity and/or description of the property seized/posted;

      (4) The name and address of the attorney for the United States;

(5)     A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the United States no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6)     A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

DATED:  September 21, 2023           /s/ DEBORAH BARNES
                                      UNITED STATES MAGISTRATE JUDGE