# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NINE, MORE OR LESS, 50-POUND PERMEABLE TRIPLE LAYER BROWN PAPER BAGS, et al.,<br><br>Defendants *in rem*,<br><br>and<br><br>GOLD COAST DISTRIBUTORS, INC.,<br><br>Claimant. | Case No. 2:23-cv-01954-WBS-DB<br><br>ORDER EXONERATING BOND PREVIOUSLY POSTED BY GOLD COAST DISTRIBUTORS, INC.<br><br>(ECF No. 12) |

For the reasons set forth in the United States' Request to Exonerate the Bond (ECF No. 12), the $5,000 penal bond posted by Gold Coast Distributors, Inc. is exonerated. Gold Coast has fully satisfied their obligations under the Consent Decree entered by the Court. (ECF No. 11.)

IT IS SO ORDERED.

Dated: **August 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge